**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TEKNOVATION CORPORATION,**

        **Plaintiff,**

-vs-                                                                                        Case No. 6:05-cv-666-Orl-22KRS

**DRIVE THRU TECHNOLOGY, INC.,
DARRELL REED, SHANNON
MARTINDALE, JIM MACK, DEREK
FELISE, GERALD SPARROW, ED BUTLER,
and ROBERT OROZCO,**

        **Defendants.**
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STAY THE RESOLUTION OF MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE UNTIL LIMITED DISCOVERY ON ISSUES OF PERSONAL JURISDICTION AND VENUE ARE COMPLETED (Doc. No. 61)**
>
> **FILED:** July 18, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motion is denied on procedural grounds for failure to comply with Middle District of Florida Local Rule 3.01(g). If the plaintiff wishes to renew the motion after the good faith conference, it must state whether it elects to stand on its complaint or whether it wishes to present evidence to rebut the evidence presented by the Defendants. The Court is not likely to permit discovery, which will further delay resolution of the matters presented in the pending motions, unless the plaintiff affirmatively states that it requires discovery in order to present evidence to rebut the evidence presented by the defendants. In other

words, the plaintiff may not both argue that its complaint is sufficient and also seek discovery to be used in the event that the Court finds the complaint to be insufficient.

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties