# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TEKNOVATION CORPORATION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-666-Orl-22KRS**

**DRIVE THRU TECHNOLOGY, INC., DARRELL REED, SHANNON MARTINDALE, JIM MACK, DEREK FELISE, GERALD SPARROW, ED BUTLER, and ROBERT OROZCO,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendant Ed Butler's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 24), on Defendant Robert Orozco's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 27), on Defendant Gerald Sparrow's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 30), on Defendant Shannon Martindale's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 33), on Defendant Darrell Reed's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 36), on Defendant Jim Mack's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 39), on Defendant Derek Felise's Motion to Dismiss for Lack of

Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 42), and on Defendant Drive Thru Technology Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 50), all filed June 20, 2005.

The United States Magistrate Judge has submitted a Report recommending that the motions be granted to the extent that they seek transfer of the case to the District of Colorado, and denied in all other respects.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 22, 2005 (Doc. No. 81) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Ed Butler's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 24), Defendant Robert Orozco's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 27), Defendant Gerald Sparrow's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 30), Defendant Shannon Martindale's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 33), Defendant Darrell Reed's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the

alternative, to Transfer Venue (Doc. No. 36), Defendant Jim Mack's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 39), Defendant Derek Felise's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 42), and Defendant Drive Thru Technology Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the alternative, to Transfer Venue (Doc. No. 50) are granted to the extent that they seek transfer of the case to the District of Colorado, and are denied in all other respects.

3. This case is hereby **TRANSFERRED** to the United States District Court for the District of Colorado.

4 The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 9, 2005.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party